AO 440 (Revised 06/12) Summons in A Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; CYANIDE PUBLISHING; SONY/ATV SONGS LLC; MOW B'JOW MUSIC INC.; KENNY O'DELL MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; BIG YELLOW DOG, LLC d/b/a BIG YELLOW DOG MUSIC; TOKECO TUNES, <br><br>Plaintiffs,<br><br>v.<br><br>THE VILLAGE TAVERN I, LLC d/b/a THE VILLAGE TAVERN I; and MELODY PETERSON, individually,<br><br>Defendants. | CIVIL ACTION NO.: 7-16-cv-747-TMC |

### SUMMONS IN A CIVIL ACTION

**TO:**     The Village Tavern I, LLC
d/b/a The Village Tavern, I
c/o Melody Peterson, Registered Agent
717 Tinsberry Lane
Inman, SC  29349

Melody Peterson
717 Tinsberry Lane
Inman, SC  29349

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Bernie W. Ellis
McNair Law Firm, P.A.
Post Office Box 447
Greenville, SC 29602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

Date: March 09, 2016

Clerk of Court

s/Kay McAlister
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

7-16-cv-747-TMC

AO 440 (Rev 06/12) Summons in a Civil Action

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))*

Service of the Summons and Complaint was made by me[1]

DATE

NAME OF SERVER (PRINT)            TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

TRAVEL            SERVICES                                TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
               Date                       Signature of Server

                                          _____
                                          Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.